UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONYA ROBERTS,<br><br>　　　　Defendant. | NO.  CR-07-164-RHW-2<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS** |

Before the Court is the Government's Motion for Order of Dismissal with Prejudice (Ct. Rec. 63).  This motion was heard without oral argument.  Pursuant to Fed. R. Crim. Pro. 48(a), the Government seeks leave to dismiss the indictment against Defendant.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Order of Dismissal with Prejudice (Ct. Rec. 63) is **GRANTED**.

2. The indictment in the above-captioned case is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

**DATED** the 21st day of November, 2008.

　　　　　　　　　　　　　　　　*S/ Robert H. Whaley*

　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　Chief United States District Judge

Q:\CRIMINAL\2007\Roberts\Sonya.dismiss.ord.wpd

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS** \* 1